```
                        United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                        Case No. 19-11430-jps
Sharee L. Robinson                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1          User: cille              Page 1 of 1              Date Rcvd: Mar 15, 2019
                              Form ID: pdf746          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db             +Sharee L. Robinson,    18521 Raymond Street,    Maple Heights, OH 44137-1639
               +Permanent General Companies,    Attn: Payroll,   2636 Elm Hill Pike, Ste 100,
                 Nashville, TN 37214-3169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Mar 15 2019 23:08:23     Cynthia J. Thayer,
                 US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Lauren A. Helbling     ch13trustee@ch13cleve.com,    lhelbling13@ecf.epiqsystems.com
              Renee  Heller    on behalf of Debtor Sharee L. Robinson rhlegal@aol.com
                                                                                             TOTAL: 2

Dated: 15 March 2019  01:33 PM

ENTERED UNDER AMENDED ADMINISTRATIVE
ORDER NO. 11-02
TERESA D. UNDERWOOD,
CLERK OF BANKRUPTCY COURT

BY: /s/ Cindy Illencik_____
Deputy Clerk

**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Sharee L. Robinson | ) | Case No. 19-11430 |
|  | ) |  |
|  Debtor | ) | CHAPTER 13 |
|  | ) |  |
|  | ) |  |
|  | ) | **ORDER DIRECTING EMPLOYER TO MAKE** |
| Social Security No. xxx-xx-1401 | ) | **DEDUCTIONS FROM DEBTOR-EMPLOYEE'S** |
|  | ) | **WAGES, COMBINED WITH RELATED ORDERS** |
|  | ) |  |

To: **Permanent General Companies**

The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

Employer's Name:     Permanent General Companies
Address:             2636 Elm Hill Pike, Ste 100
City/State/Zip:      Nashville, TN 37214
Phone:               (844) 328-0306

In accordance with the relevant provisions of the Debtor's proposed Plan,

IT IS THEREFORE, ORDERED, under 11 U.S.C. §1325(c) and §1326, that the Debtor's employer immediately deduct $1,212.00 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
PO Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

**19-11430**

IT IS FURTHER ORDERED, under 11 U.S.C. §362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED, that if the Debtor's employment is terminated during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor: Renée Heller (0062894)
Address: 14077 Cedar Road, Suite 101
City/State/Zip Cleveland, OH 44118
Phone: (216) 691-0404

Prepared by:

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118
(216) 691-0404

CERTIFICATE OF SERVICE

A copy of the foregoing *Order Directing Employer To Make Deductions From Debtor-Employee's Wages Combined With Related Orders* has been forwarded to the following persons, via regular mail or electronically, to wit:

Lauren Helbling, Chapter 13 Trustee
Via Court mail box

Renee Heller, Attorney for Debtor
14077 Cedar Road, Suite 101
Cleveland, OH 44118

Sharee L. Robinson, debtor
18521 Raymond Street
Maple Hts., OH 44137

Permanent General Companies
2636 Elm Hill Pike, Ste 100
Nashville, TN 37214