# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: Sharee L. Robinson ) Case No. 19-11430
) Chapter 13 Proceedings
Debtor. ) Judge Jessica E. Price Smith

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR'S
## MOTION TO MODIFY PLAN PRIOR TO CONFIRMATION

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Debtor's Motion to Modify Plan Prior to Confirmation filed with this Court on June 14, 2019 (hereinafter "Debtor's Motion"). In support of her objection, the Trustee makes the following representations to the Court:

1. State of Ohio should be provided for in Part 3.2 of the plan and should be deleted from Part 3.1 as this is a government entity and not a contractual installment obligation. The State of Ohio should not be provided as conduit either.

**WHEREFORE** your Trustee, being a proper party in interest, hereby moves this Honorable Court to deny the Debtor's Motion for the reasons cited.

Respectfully submitted,

/S/ Holly Davala
HOLLY DAVALA (#0070447)
Staff Attorney for Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
(216) 621-4268 Phone
(216) 621-4806 Fax
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on June 19, 2019, a true and correct copy of Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Renee Heller, Attorney, on behalf of Debtor, at rhlegal@aol.com

    /S/ Holly Davala
    HOLLY DAVALA (#0070447)
    Staff Attorney for Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland, OH 44114-2321
    (216) 621-4268 Phone
    (216) 621-4806 Fax
    Ch13trustee@ch13cleve.com

HD/alh
6/19/19